# United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
UNITED STATES OF AMERICA,      )
                               )
v.                             )    CR 215-012-1
                               )
MARC VICTOR FRAZIER,           )
                               )
     Defendant.                )
```

**ORDER**

Before the Court is Defendant Marc Frazier's motion for early termination of supervised release. Dkt. No. 33. On June 16, 2015, Frazier pleaded guilty to conspiracy to distribute quantities of oxycodone, a Schedule II controlled substance, hydrocodone, a Schedule II controlled substance, and alprazolam, a Schedule IV controlled substance, and to commit money laundering (Count I), in violation of 18 U.S.C. §§ 2, 371, 1956 and 21 U.S.C. § 841(a)(1). On September 19, 2016, Frazier was sentenced to a term of forty-four months in the custody of the United States Bureau of Prisons ("BOP"), followed by three years of supervised release. Dkt. No. 32. On or about December 28, 2018, Frazier was released from BOP custody and began his term of supervised release in the Middle District of Florida.

Frazier now requests early termination of his supervised release, indicating he has complied with the conditions of his supervision and become a productive member of society. He has

served approximately sixteen months of his thirty-six-month term.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

While the Court commends Frazier for maintaining satisfactory conduct since his release, the Court must carefully weigh a favorable adjustment to his supervision against his offense of conviction. Accordingly, the Court **DENIES** Frazier's motion, dkt. no. 33, at this time. Frazier may renew his motion for early termination of supervised release upon completion of twenty-four months of his three-year term.

**SO ORDERED** this 24th day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA