PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.    Crim. No.   2:15CR00012-1

Marc Victor Fraizer

On December 28, 2018, the above-named was placed on supervised release for a period of three years. Marc Victor Fraizer has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Tim Williams
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 15 day of December, 2020.

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE